THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACY FOSTER, Appellant. [785 NYS2d 689]—

Judgment, Supreme Court, New York County (Budd G. Goodman, J.), rendered May 30, 2002, convicting defendant, upon his plea of guilty, of attempted sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 3 to 6 years, unanimously affirmed.

Defendant's challenge to the voluntariness of his guilty plea is unpreserved (*People v Johnson*, 82 NY2d 683 [1993]), and we decline to review it in the interest of justice. Were we to review this claim, we would find that the plea was knowingly, voluntarily and intelligently entered. The court sufficiently advised defendant of the rights he was giving up by pleading guilty (*see Boykin v Alabama*, 395 US 238 [1969]), including his right to go to trial. We note that defendant's extensive criminal history included numerous guilty pleas. Defendant's assertion that the voluntariness of his plea was impaired by mental illness is unsupported by any evidence. Concur—Nardelli, J.P., Mazzarelli, Sullivan, Friedman and Gonzalez, JJ.

VERONICA MENDOZA, Respondent, v CITY OF NEW YORK, Respondent, and SLATTERY SKANSKA, INC., et al., Appellants. [785 NYS2d 689]—

Order, Supreme Court, Bronx County (Alexander W. Hunter, Jr., J.), entered September 30, 2003, which denied the contractor defendants' motion for summary judgment, unanimously affirmed, without costs.

Plaintiff allegedly fell in a crosswalk renovated a few years earlier by the contractors. In particular, she claims the work was substandard in failing to take reasonable steps to prevent or ameliorate the settling of the roadway, which caused a dangerous condition leading to her fall. Service of the summary judgment motion did not comport with the time requirements of CPLR 3212 (a).

Because the contractors do not offer an explanation or "good cause" basis for their failure to comply, the court's disposition should not be disturbed (*Brill v City of New York*, 2 NY3d 648 [2004]). Concur—Nardelli, J.P., Mazzarelli, Sullivan, Friedman and Gonzalez, JJ.